# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA CHAVEZ,<br><br>        Plaintiff,<br><br>   v.<br><br>BELLEVUE UNIVERSITY,<br><br>        Defendant. | Case No.: 1:20-cv-01641 NONE JLT<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO ASSIGN A DISTRICT JUDGE AND TO CLOSE THE CASE<br><br>(Doc. 12) |

The parties have stipulated, according to Federal Rules of Civil Procedure Rule 41(a)(1) to dismiss this action has with prejudice with each side to bear their own fees and costs. (Doc. 12). Accordingly, the Clerk of Court is DIRECTED to assign a district judge for the purpose of closing this case and then to close this action.

IT IS SO ORDERED.

Dated: __October 21, 2021__                    _____ /s/ Jennifer L. Thurston
                                                              CHIEF UNITED STATES MAGISTRATE JUDGE